UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**TAMMY MINTER**,

        Plaintiff,

        v.

**COMMISSIONER of Social Security**,

        Defendant.

Civil Case No. 3:11-CV-00113-KI

JUDGMENT

    David B. Lowry
    9900 SW Greenburg Road
    Columbia Business Center, Suite 130
    Portland, Oregon  97223

        Attorney for Plaintiff

    S. Amanda Marshall
    United States Attorney
    District of Oregon

Page 1 - JUDGMENT

Adrian L. Brown
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97201-2902

Jeffrey R. McClain
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington 98104-7075

    Attorneys for Defendant

KING, Judge:

    Based on the record,

    The decision of the Commissioner is hereby REVERSED, and this case is REMANDED to the Commissioner for a finding of disability.

    Dated this   22nd  , day of May, 2012.

    /s/ Garr M. King
    Garr M. King
    United States District Judge